IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR263 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FREDERICK H. LEVELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Frederick H. Levell, Jr. (Levell) for an extension of the pretrial motion deadline or the establishment of a Rule 17.1 conference. The motion was made during the arraignment on August 16, 2010. The government had no objection to the motion. Levell acknowledged the additional time needed for his motion would be excluded under the calculations for the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. The court will hold a Rule 17.1 conference with counsel in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 15, 2010, at 9:00 a.m. This being a scheduling conference, the defendant need not be present for the conference.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from August 16, 2010 through September 15, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 16th day of August, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge